**Soudani ALEXIS, Plaintiff–Appellant,**

v.

**ALBERTINI & DARBY; Patrick Marlin Wysong; Perry Matthew Darby; Guy Marcel Albertini, and all other associate(s), subsidiarie(s), holding(s), asset(s), hereunder; 15 U.S.C.A. Section 80(a)(2), et al, Defendants–Appellees.**

No. 11–2242.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 19, 2012.

Soudani Alexis, Appellant Pro Se. Stephen Young Brennan, Iliff, Meredith, Wildberger & Brennan, P.C., Pasadena, Maryland, for Appellees.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Soudani Alexis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Alexis v. Albertini & Darby,* No. 1:11–cv–00113–WDQ, 2011 WL 4914965 (D.Md. Oct. 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*